UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BART UDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-399 |
| | ) | (Phillips) |
| UNIVERSITY OF TENNESSEE, | ) | |
| DEPARTMENT OF MECHANICAL, | ) | |
| AEROSPACE AND BIOMEDICAL | ) | |
| ENGINEERING OF THE UNIVERSITY | ) | |
| OF TENNESSEE, KNOXVILLE, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss filed by defendants. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Bart Ude take nothing, that the action be **DISMISSED**, and that the defendants recover of the plaintiff their costs of action.

Dated at Knoxville, Tennessee, this _____ day of March, 2013.

**ENTER:**

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

      s/ Thomas W. Phillips      
United States District Judge